IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAELLA MARIE SPONE,<br>                                  Plaintiff,<br>v.<br><br>MATTHEW J. REISS,<br>LOUIS BELL,<br>HILLTOWN TWP. MUN. AUTH.,<br>MATTHEW WEINTRAUB,<br>COUNTY OF BUCKS,<br>JENNIFER HIME,<br>MADELINE HIME,<br>                                Defendants. | CIVIL ACTION<br><br>NO. 23-0147 |

## ORDER

**AND NOW**, this **14th** day of **March 2024**, upon consideration of Defendants Jennifer Hime and Madeline Hime's Motion to Dismiss (ECF No. 13), Defendant Matthew Reiss' Motion to Dismiss (ECF No. 20), Defendants Matthew Weintraub and County of Bucks' Motion to Dismiss (ECF No. 21), and Defendants, Hilltown Detective Louis Bell and Hilltown Township's Motion to Dismiss (ECF No. 22), all of which have been fully briefed, it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum, the Motions to Dismiss filed by Defendant Reiss (ECF No. 20), DA Weintraub and County of Bucks (ECF No. 21), and Hilltown Detective Bell and Hilltown Township (ECF No. 22) are **GRANTED** as to the federal claims and the Himes' Motion to Dismiss (ECF No. 13) is **DENIED AS MOOT.**

1

The Complaint is **DISMISSED WITHOUT PREJUDICE**. If Plaintiff elects to amend her Complaint, she must do so **within thirty (30) days** of the entry of this Order, otherwise the case will be closed.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge