**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAFFAELLA MARIE SPONE,** | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 23-0147** |
| | : | |
| **MATTHEW J. REISS et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **30th** day of **March 2026**, upon consideration of Plaintiff Raffaella Maria Spone's Amended Complaint (ECF No. 61); the Motions to Dismiss filed by Defendants Louis Bell and Hilltown Township (ECF No. 62), Defendants Jennifer Hime and Madeline Hime (ECF No. 63), Defendants Matthew Weintraub and the County of Bucks (ECF No. 64), and Defendant Matthew J. Reiss (ECF No. 65); the responsive briefing thereto; and for reasons explained in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. The Court **STRIKES** the following Counts in Plaintiff's Amended Complaint as impermissible amendments: Count I (Malicious Prosecution and False Arrest under the Fourth Amendment against Defendants Reiss and Bell), Count III (False Statements and Defamation against Defendants Reiss and Weintraub), and Count IV (*Monell* claims under 42 U.S.C. § 1983 against Hilltown Township and County of Bucks).

2. The Court **GRANTS** the Motions to Dismiss filed by Defendants Bell and Hilltown Township (ECF No. 62), Defendants Weintraub and the County of Bucks (ECF No. 64), and Defendant Reiss (ECF No. 65).

3. The Court **DECLINES** to exercise supplemental jurisdiction over Count V (common law defamation against all Defendants) and Count VI (invasion of privacy/false light against all Defendants).

4. The Court **GRANTS** the Motion to Dismiss filed by Defendants Jennifer Hime and Madeline Hime (ECF No. 63) because there are no remaining claims against them.

5. The Court **DENIES** Plaintiff's Motions to Strike (ECF Nos. 81 and 83).

6. The Court **DISMISSES** the Amended Complaint (ECF No. 61) with prejudice.

7. The **CLERK OF COURT** is directed to mark this case as **CLOSED**.

1

BY THE COURT:

_____

HON. KAI N. SCOTT
United States District Court Judge